UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| AURORA HERNANDEZ, | ) | Case No. 1:15-cv-00926-SAB |
| Plaintiff, | ) ) | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | (ECF No. 16) |
| Defendant. | ) ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants' response to Plaintiff's opening brief shall be filed on or before April 8, 2016; and

2. Plaintiff's reply, if any, shall be filed on or before April 25, 2016.

IT IS SO ORDERED.

Dated:  **March 10, 2016**

UNITED STATES MAGISTRATE JUDGE