Jonathan O. Peña, Esq.
The Law Office of Jonathan O. Peña
5740 N. Palm Avenue
Suite 103
Fresno, CA 93704
Phone: 559-412-5390
info@jonathanpena.com
CA BAR ID # 278044
Attorney for Plaintiff, Aurora Hernandez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| AURORA HERNANDEZ<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.  1:15-cv-926-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d)<br><br>(ECF No. 21.) |

TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of FIVE THOUSAND, SEVEN HUNDRED DOLLARS ($5,700.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND, SEVEN HUNDRED DOLLARS ($5,700.00) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Jonathan O. Peña, may have relating to EAJA attorney fees in connection with this action.

IT IS SO ORDERED.

Dated:   **July 12, 2016**

UNITED STATES MAGISTRATE JUDGE

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: July 11, 2016        /s/ Jonathan O. Peña
                            JONATHAN O. PEÑA
                            Attorney for Plaintiff

Dated: July 11, 2016        PHILLIP A. TALBERT
                            Acting United States Attorney
                            DEBORAH LEE STACHEL
                            Acting Regional Chief Counsel, Region IX
                            Social Security Administration

                        By: /s/ Donna W. Anderson
                            DONNA W. ANDERSON
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant
                            (Authorization by Electronic Mail)

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees under 42 U.S.C. § 406(b) in the amount of $5,700.00 subject to any offset.